THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Hidayatullah Khalil

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>HIDAYATULLAH ALI KHALIL,<br><br>        Defendant. | Case No.: 2:09-CR-0258-GEB<br>             2:09-CR-0259-GEB<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING AND MODIFY PSR SCHEDULE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that a Judgment and Sentencing is continued from November 2, 2012 to December 7, 2012 at 9:00 a.m. Thomas A. Johnson, Defendant's attorney, and Steven Lapham, Assistant United States Attorney, agree and stipulate to this continuance.  A continuance has been requested because Defendant needs additional time to review the Pre-Sentence Report and submit objections, if any.  The Probation Officer has also been informed of the continuance and does not object.

**IT IS SO STIPULATED.**

DATE:  October 16, 2012                    By:    /s/ Thomas A. Johnson
                                                  THOMAS A. JOHNSON
                                                  Attorney for Defendant
                                                  HIDAYATULLAH KHALIL

DATE:  October 16, 2012                    By:    BENJAMIN B. WAGNER
                                                  United States Attorney

                                                   /s/   Thomas A. Johnson for
                                                  STEVEN LAPHAM
                                                  Assistant U.S. Attorney

**IT IS SO ORDERED.**

**Date:** <u>10/16/2012</u>

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-CR-0258-GEB |
| | 2:09-CR-0259-GEB |
| Plaintiff, | |
| | STIPULATION AND ORDER TO |
| vs. | CONTINUE JUDGMENT AND |
| | SENTENCING AND MODIFY PSR |
| HIDAYATULLAH ALI KHALIL, | SCHEDULE |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

| | |
|---|---|
| Date of Referral to Probation Officer: | July 20, 2012 |
| | (Date of Plea or Verdict) |
| Judgment and Sentencing date: | December 7, 2012 |
| Reply or Statement | November 30, 2012 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | November 23, 2012 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | November 16, 2012 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 9, 2012 |