1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. S 09-00258 GEB |
|---|---|---|
| | ) | S 09-00259 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HIDAYATULLAH ALI KHALIL, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE SENTENCING HEARING** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

   IT IS HEREBY STIPULATED between the United States, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendant Hidayatullah Ali Khalil, through his undersigned counsel, Thomas A. Johnson, that the sentencing hearing in this case may be continued from December 21, 2012, to **January 18, 2013**, at 9:00 a.m.

DATED: December 18, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ R. Steven Lapham
                                      R. STEVEN LAPHAM
                                      Assistant U.S. Attorney

1

DATED: December 18, 2012                              /s/ Thomas A. Johnson
                                                      THOMAS A. JOHNSON
                                                      Attorney for Defendant
                                                        Hidayatullah Ali Khalil


O R D E R

   IT IS SO ORDERED.

Dated:   December 20, 2012


_____
GARLAND E. BURRELL, JR.
Senior United States District Judge