BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>HIDAYATULLAH ALI KHALIL,<br><br>        Defendant. | CASE NO. S 09-00258 GEB<br>        S 09-00259 GEB<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

  IT IS HEREBY STIPULATED between the United States, through its undersigned counsel, Assistant U.S. Attorney R. Steven Lapham, and defendant Hidayatullah Ali Khalil, through his undersigned counsel, Thomas A. Johnson, that the sentencing hearing in this case may be continued from December 21, 2012, to **January 18, 2013**, at 9:00 a.m.

DATED: December 18, 2012            BENJAMIN B. WAGNER
                                    United States Attorney


                                    By: /s/ R. Steven Lapham
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney

1

```
DATED: December 18, 2012         _____
_____    /s/ Thomas A. Johnson
                                   THOMAS A. JOHNSON
                                   Attorney for Defendant
                                     Hidayatullah Ali Khalil
```

O R D E R

IT IS SO ORDERED.

Dated:   December 20, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge