BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:09-CR-00258-GEB |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| HIDAYATULLAH ALI KHALIL, and WAHIDULLAH KHALIL, et al., | |
| Defendants. | |

WHEREAS, on November 1, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 31 U.S.C. § 5317(c)(1) based upon the plea agreements entered into between plaintiff and defendants Wahidullah Khalil and Hidayatullah Ali Khalil forfeiting to the United States the following property:

> a. Vacant land located at 494 Serpa Way, Folsom, CA, APN: 072-2740-022, and more fully described in Exhibit A attached hereto.

AND WHEREAS, beginning on November 9, 2012, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

1

Final Order of Forfeiture

property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 31 U.S.C. § 5317(c)(1), to be disposed of according to law, including all right, title, and interest of Wahidullah Khalil and Hidayatullah Ali Khalil.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Internal Revenue Service - Criminal Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Once the real property has been forfeited and sold, Wahidullah Khalil will be allowed to make a claim to any net proceeds in excess of $300,000 realized from the sale of the above-listed real property, once all expenses and legitimate liens have been paid.

SO ORDERED .

**Date:  4/24/2013**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

**Exhibit A**

Lot 89, as shown on the "Final Map of Broadstone Unit No. 3 Village 2-B subdivision No. PN 00-427-2B", filed for record November 4, 2005, in Book 344 of Maps, Map No. 7, records of Sacramento County.  As amended by that certain Certificate of Correction recorded February 16, 2006 in Book 20060216, Page 399, Official Records.

Excepting therefrom one-half of all oil, oil rights, minerals, minerals rights, natural gas, natural gas rights and other hydrocarbons, below a depth of 500 feet, without right of surface entry as reserved in a Deed recorded October 12, 1984, in book 841012, Page 983, Official Records.

APN: 072-2740-022

Final Order of Forfeiture